**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ivan Reyes-Arzate,<br>Petitioner,<br>v.<br>Unknown Party,<br>Respondent. | No. CV-26-00026-TUC-SHR<br><br>**ORDER** |

On January 13, 2026, Petitioner filed a pro se Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (Doc. 1.) On August 6, 2026, Magistrate Judge James E. Marner issued a Report and Recommendation ("R&R") recommending the Court deny Petitioner's Petition. (Doc. 12.) The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 9.) No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the district court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (noting a district court need only review a magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has passed. As noted, no objections have been filed, and neither party has requested additional time to file objections despite the warning from Judge Marner indicating "[f]ailure to file timely objections to any factual or legal determination of the Magistrate Judge may be considered a waiver of a party's right to *de novo* consideration of the issues." (Doc. 12 at 9.) The Court will adopt the R&R on that basis. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (declining to substantively review the magistrate judge's report and recommendation because no objections were filed). Accordingly,

**IT IS ORDERED** Magistrate Judge Marner's Report and Recommendation (Doc. 12) is **ADOPTED.**

**IT IS FURTHER ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED.**

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 29th day of September, 2026.

Honorable Scott H. Rash
United States District Judge